UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AGCS MARINE INSURANCE COMPANY
a/s/o INTERSTATE TRANSPORT INC.,    1:20-cv-00760 JSR

      Plaintiff,    **FINAL JUDGMENT BY DEFAULT AS TO DEFENDANT DO IT ALL MOVING, LLC**

 - against –

DO IT ALL MOVING, LLC,

      Defendant.
-------------------------------------------------------x

The matter having been opened to the Court by Plaintiff AGCS MARINE INSURANCE COMPANY a/s/o INTERSTATE TRANSPORT INC.,, ["AGCS"] by its attorneys Casey & Barnett, LLC, seeking the entry of Final Judgment by Default against Defendant DO IT ALL MOVING, LLC, ["CLE"] pursuant to Fed .R. Civ. P. 55[b][2]; and it appearing that the Complaint in this matter was filed on January 28, 2020, seeking damages as a result of the breach of contract of over the road carriage by reason of DO IT ALL MOVING, LLC having failed to deliver the subject shipments tendered into DO IT ALL MOVING, LLC 's care, custody and control pursuant to contracts for over the road carriage; and personal service of the Summons and Complaint having been effectuated with respect to Defendant DO IT ALL MOVING, LLC, on February 22, 2020; and the Defendant, DO IT ALL MOVING, LLC, having filed to answer or otherwise move with respect to the complaint; and the time for defendant DO IT ALL MOVING, LLC, to answer or otherwise move having not been extended; and it appearing that default was duly noted by the Clerk of the Court against Defendant on March 19, 2020, for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown;

**IT IS** on this  27th  day of  April           , 2020,

**ORDERD, ADJUDGED, AND DECREED** that AGCS MARINE INSURANCE COMPANY   have judgment against   DO IT ALL MOVING, LLC   , in the total amount of $28,733.69, comprised of the following:

a. $23,300.00 for liquidated damages; and

b. $5,433.69 for prejudgment interest at 8% from May 30, 2017, the date of loss, to April 27, 2020.

*[signature]*

JED S. RAKOFF, U.S.D.J.

04-27-2020